**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BONA CLARK,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 3:21-CV-121** |
| | : | |
| **MAY BRANDS, LLC,** | : | **JUDGE MARIANI** |
| | : | |
| **Defendant.** | : | **ELECTRONICALLY FILED** |

**MEDIATION REPORT**

On May 19, 2021, the Court appointed me as mediator in this matter. I am happy to report that that matter amicably resolved following an initial telephone conference.

Respectfully submitted,

/s/ Daniel T. Brier
Mediator

MYERS, BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date: July 22, 2021

**CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Mediation Report was served upon all counsel of record via the Court's ECF system on this 22nd day of July 2021 to the following:

Brian M. Doyle, Esquire
Law Offices of Eric A. Shore
2 Penn Center, Suite 1240
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

William J. McPartland, Esquire
Marshall Dennehey
50 Glenmaura National Boulevard
Moosic, PA 18507

/s/ Daniel T. Brier