THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONA CLARK, | : CIVIL ACTION NO. 3:21-CV-121 |
| Plaintiff, | : (JUDGE MARIANI) |
| v. | : |
| MAY BRANDS, LLC, | : |
| Defendant. | : |

**ORDER**

**AND NOW, THIS 26th DAY OF JULY 2021**, the Court having been informed that the above-captioned action has been resolved (Doc. 19), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge